**E. Duff TRIMBLE & Estella Trimble, Petitioners,**

v.

**Charles ITZ d/b/a Itz Electric Company & Harold E. Hall Construction Co., Inc., Respondents.**

No. 95–0616.

Supreme Court of Texas.

Sept. 14, 1995.

Thomas S. Harmon, Valinda J. Astoria, San Antonio, for petitioners.

Craig C. Radthe, Boerne, Larry J. Goldman, Daniel O. Kustoff, San Antonio, for respondents.

PER CURIAM.

Petitioners' application for writ of error is denied. The Court neither approves nor disapproves of the court of appeals' discussion of the Deceptive Trade Practices Act. 898 S.W.2d 370.